UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Crim. No. 10-491 (SRC) |
| v. : | |
| : | Honorable Stanley R. Chesler, U.S.D.J. |
| : | |
| DEXTER PEREZ, : | CONSENT ORDER |
| Defendant. : | |

This matter having come before the Court on the application of the defendant, Dexter Perez (Candace Hom, Assistant Federal Public Defender, appearing) for a Consent Order that the U.S. Pretrial Services Agency release Mr. Perez's passport to him; and Mr. Perez having surrendered his U.S. passport to Pretrial Services on the date of his initial appearance on April 20, 2010, as part of his conditions of release; and the Court having sentenced Mr. Perez to 2 years' probation with conditions on December 16, 2010; and Pretrial Services having no objection to the instant request; and the government (Rodney Villazor, Assistant United States Attorney, appearing) having no objection; and for good cause shown;

IT IS on this __25__ day of January 2011,

ORDERED that the U.S. Pretrial Services Agency release Mr. Perez's passport to him.

HONORABLE STANLEY R. CHESLER
UNITED STATES DISTRICT JUDGE