# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Stanley R. Chesler |
| | : | |
| v. | : | Criminal No. 10-491 (SRC) |
| | : | |
| DEXTER PEREZ | : | **ORDER** |

The Court having presided over the defendant's guilty plea to Count 1 of the Petition for Violation of Probation charging him with committing another federal, state or local crime on April 19, 2012, and concurrent sentencing hearing, it is hereby ORDERED:

1.   Defendant is hereby adjudged guilty of violating the terms of his probation;

2.   Defendant's probation is hereby REVOKED;

3.   Defendant is hereby sentenced as follows: the defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of sixty (60) days with two (2) years of supervised release to follow;

4.   Counts 2 and 3 of the Petition for Violation of Supervised Release are hereby dismissed; and

5.   Defendant shall surrender to a facility designated by the Bureau of Prisons no sooner than thirty (30) days from the date of this Order.

_____
HON. STANLEY R. CHESLER
United States District Judge

Dated: June 20, 2012